**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00108-CV**

_____

**THE CITY OF BEAUMONT, Appellant**

**V.**

**ROBERT LOUIS PATILLO, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-194,989**

**MEMORANDUM OPINION**

The parties filed a joint motion to remand the case for rendition of an agreed final judgment. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, vacate without reference to the merits the trial court's order denying the plea to the jurisdiction, and remand the case to the trial court for disposition in accordance with the agreement. *See* Tex. R. App. P. 43.2(d).

1

VACATED AND REMANDED.


_____
HOLLIS HORTON
Justice


Opinion Delivered April 24, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.